FILED

JUL 28 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON
Camp Delta
Washington, D.C. 20355

    Petitioner

v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

    Respondents

Leave to file without
Prepayment of Cost **GRANTED**

7/27/05

Civil Action No.

CASE NUMBER 1:05CV01493

JUDGE: Reggie B. Walton

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/28/2005

## PETITION FOR WRIT OF HABEAS CORPUS

ISN-1014

"A petition statement from MOHAMMED AMON (Father's name—HAJI RAMAZAN)
Village of Malik Khale in Gardez. Paktia, Afghanistan

To the Committee: United States Disctrict Court, The District of Columbia
333 Consitituion Avenue. N.W. Washington, D.C, 20001

FILED
JUL 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
05 1493

Dear sir(s):
I regret to say that on the date of 1381 of Jowza, due to the false reports of conspirators, while I was in my home and in my pajamas, I was arrested without committing a crime and without a reason. I had an official occupation in identification department in the army division #3 in Gardez and I was carrying my duties honestly and trying to help my country and MR. KARZAY, who is a symbol of peace and harmony in our warn-torn nation. As fate had it, I ended up here in Cuba. Afterwards, I was sure and certain that after interrogations and the completion of legal process, truth will be established, you'll be reassured, and I'd be released. My trial began in 12/14/2004 and on 2/4/2005 I was notified of its result; I've been introduced as an Enemy Combatant. I am not satisfied with this decision because it's not true. Please carefully review my case and the defense statements that I have presented in the file; I am innocent but I've been named as an enemy combatant without any wrong doing or minuscule of betrayal to anyone. I'm neither a Taliban nor an Al-Qaeda, and I don't have any relations or connection with any political group that's against the Americans. I regard the enemies of the Americans as the enemy of the entire noble people of Afghanistan. I am grateful and I love America's worthy services and efforts to establish peace and security in Afghanistan and getting rid of the Taliban and Al-Qaida. I support them completely and I'm ready to offer my service and assistance in any way possible. I did offer my services to Taliban and I had a job in the department of identification for the Army base, which is the lowest rank and there were tens of thousands of other educated people who had the same occupation as I did. I was not an illiterate to be selected as a Talib or Mujahid appointee; therefore I didn't have any kind of authority. The place where I worked in Gardez was just a small building that occupied around 20 Taliban and they named it Qole-e Irdo (Division). And it's known to everyone that this Qole-e Irdo in Gardez was vandalized and ransacked after the collapse of the NAJIB'S government by the Mujahideen. They plundered all the military property and they destroyed parts of the building and they sold its bricks and wood. At this time the Taliban who were called the Qole-e Irdo of Gardez were engrossed from tribes in southwest of the country to fight in battles at the northern front against Northern Alliance, which was hundreds of kilometers away from Gardez. Currently the Gardez division is just a name and not even one brigade belongs to it. You can get information from the current government about this fact. In Afghanistan the condition in each province is different and should not be compared with other countries of the world. You can investigate this matter thoroughly and inquire about the role of authorities and responsibilities. Since the government is completely aware of the facts I have mentioned, I hope that the high rank Taliban commanders and other officials will be brought to justice, because they're responsible for people's miseries and their hands are soaked with our people's blood.
In relation to the identification card that I received 16 years ago from HIG, it was an incidental and a necessity of the time; millions of Afghans had the same kind of

FILED
JUL 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
05 1493

identification card and there was no objection from the Americans. On the contrary, the Americans supported the card holders. Those cards were used in order to pass through the police and the Mujahideen check points. At the present time, these cards are of no value. I don't belong to any political party nor do I have any connection to them; instead, I hate them all. There is no place for them here among our noble people, and all their actions and deeds are to be condemned and they should be brought to justice.

I'm a poor man; I don't pose any danger or threat to the Americans. Please kindly inquire this fact from the current government officials that are close to and trusted by KARZAI, or from the council selected from different tribes in Paktia, because they play a major role in the affairs of the province. You can get complete information and guarantee for your reassurance.

If being an Afghan and living in Afghanistan is a crime then you are right; otherwise, I don't have one minuscule of guilt. The enemy should be differentiated from the friend; instead of being rewarded, at least I should not be punished. Everyone in Gardez know that my family and I have never fought with anyone throughout our lives, and we don't have the fighting mentality. We have an aversion towards those who seek hostility. Please review and reconsider my case so that the truth will come into light and that I become free. Since I have an illness, I ask your assistance in this regard. If the lady who was interpreting in the tribunal translates this petition my problem with translation will be solved. Here, I'm submitting this document for your consideration. Respectfully.

Note: Please send me a photocopy of this document.

(Signature)
Captain MOHAMMED AMON.

I.S.N: 1074