**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
MOHAMMED AMON                           )
                                        )
                    Petitioner          )
    v.                                  )    Civil Action No: 05-1493 (RBW)
                                        )
GEORGE W. BUSH, et al.,                 )
                                        )
                    Respondents.        )
_____)

**ORDER**

Currently before the Court is the Respondents' Motion to Stay Proceedings Pending

Related Appeals and for Coordination ("Resp. Mot."). The pro se petitioner has not filed a

response to the respondents' motion.[1] The respondents move for a coordinated stay of the

proceedings in this case, along with all other pro se Guantanamo Bay detainee cases, pending the

resolution of the appeals' decisions in In re Guantanamo Detainee Cases, 355 F. Supp. 2d 443

(D.D.C. 2005) and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005). The respondents

contend that "[t]he pending appeals will address the core issues in the . . . cases and thus,

determine how the cases should proceed, if at all." Resp. Mot. at 1-2. They further contend that

resolution of the appeals will address the "core issues in these pro se cases, including whether

Guantanamo Bay detainees have judicially enforceable rights under the Constitution, statutes, or

various international treaties." Id. at 4. Moreover, they opine that "further proceedings [before

this Court prior to the resolution of the appeals] would require the expenditure of judicial and

other resources that may be avoided as a result of the appeals, and, in any event, such

---

[1]The Court requests that the respondents apprise the Court on an ongoing basis whether any of the pro se
petitioners previously had habeas petitions filed on their behalf through counsel, or whether any of the petitioners
who previously filed pro se habeas petitions have filed duplicative petitions.

proceedings very likely would have to be revisited or relitigated . . . ." Id.

After  review of the respondents' arguments, it is apparent that the resolution of the appeals in the aforementioned cases will likely directly address many, if not all, of the legal issues raised in the petition in this case.  In fact, the outcome of these appeals will likely determine how all of the Guantanamo detainee cases should proceed and will provide guidance to this Court on how to address the petitioner's claim.  Therefore, this Court concludes that all proceedings in this case should be stayed until final resolution of the two cases pending before the District of Columbia Circuit, as doing so will avoid unnecessary litigation and is therefore in the interest of judicial economy.[2]  Accordingly, it is

**ORDERED** that the respondents' motion to stay is Granted.

**SO ORDERED** this 14th day of September, 2005.

REGGIE B. WALTON
United States District Judge

---

[2]Many other judges of this Court, when presented with a similar question, have ordered stays. See, e.g., Resp. Mot. at 2 n.2 (cases cited therein).