IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1048 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ALI SHAH MOUSOVI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1124 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| OMAR MOHAMMED KHALIFH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1189 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1220 (RMU) |
| LABED AHMED, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1234 (EGS) |
| ABDUL BAQI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1235 (PLF) |

| | | |
|---|---|---|
| AMINULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1237 (ESH) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| HAJI GHALIB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1238 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | | |
| ALI ADEL MOTALEB AWEID AL KHAIY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1239 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI,<br><br>           Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH,<br>     President of the United States,<br>     *et al.,*<br><br>           Respondents. | Civil Action No. 05-CV-1241 (RMC) |
| AHSANULLAH PIRZAI,<br><br>           Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH,<br>     President of the United States,<br>     *et al.,*<br><br>           Respondents. | Civil Action No. 05-CV-1242 (RCL) |
| IHSAN ULLAH PEERZAI,<br><br>           Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH,<br>     President of the United States,<br>     *et al.,*<br><br>           Respondents. | Civil Action No. 05-CV-1243 (RCL) |

| | | |
|---|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1244 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ABDUL MAJID MOHAMMADI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1246 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ABDULRAHIM ABDUL RAZAK AL GINCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1310 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| EHSAN ULLAH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1311 (RCL) |
| GHALEB NASSAR AL BIHANI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1312 (RJL) |
| FARHI SAEED BIN MOHAMMED, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1347 (GK) |

| | |
|---|---|
| MOTAI SAIB, *et al.*, )<br>)<br>       Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>       Respondents. ) | Civil Action No. 05-CV-1353 (RMC) |
| SAEED MOHAMMED SALEH<br>    HATIM, *et al.*, )<br>)<br>       Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>       Respondents. ) | Civil Action No. 05-CV-1429 (RMU) |
| NASSER MAZYAD ABDULLAH<br>    AL-SUBAIY, *et al.*, )<br>)<br>       Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>       Respondents. ) | Civil Action No. 05-CV-1453 (RMU) |

| | |
|---|---|
| JIHAD DHIAB, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1457 (GK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| JAWAD JABBER SADKHAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1487 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| FAIZULLAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1489 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

- 8 -

| | | |
|---|---|---|
| ABDUL HADI OMER HAMOUD FARAJ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1490 (PLF) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| SAWAT KHAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1491 (JR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDUL AHMAD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1492 (RCL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

- 9 -

|  |  |
|---|---|
| MOHAMMED AMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1493 (RBW) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| JAMAL KIYEMBA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1509 (RMU) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| IBRAHIM OSMAN IBRAHIM IDRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Nos.  05-CV-1555 (JR) |
| ) | 05-CV-1725 (JR) |
| GEORGE W. BUSH, ) | (consolidated) |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: November 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents