IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AMON, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 05-cv-1493 |
| | : | (Habeas Corpus) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. BUSH, *et al.*, | : | **[PROPOSED] ORDER** |
| | : | |
| Respondents. | : | |

Petitioner's Motion for Expedited Entry of Protective Order is hereby GRANTED, and the following orders in <u>In re Guantánamo Bay Detainee Cases</u> shall be fully applicable in this case as if entered herein: Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004.

SO ORDERED this _____ day of _____, 2006.

---

Reggie B. Walton
United States District Judge