# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON, :
:
   PETITIONER :
:
      v. : No. 05-cv-1493
:
GEORGE W. BUSH, :
:
   PRESIDENT OF THE UNITED :
   STATES, ET AL., :
:

NOTICE OF FILING MEMORANDA OF UNDERSTANDING AND
ACKNOWLEDGMENT TO THE AMENDED PROTECTIVE ORDER

    Petitioner hereby gives notice to all parties of the filing of the attached *Memoranda of Understanding Regarding Access to Classified National Security Information and signed Acknowledgments* of all undersigned counsel.

                            Respectfully submitted,

                            /s/Richard J. Coughlin, Esq.
                            Federal Public Defender

                            Chester M. Keller, Esq.

                            Candace Hom, Esq.

                            972 Broad Street
                            Newark, New Jersey 07102
                            (973) 645-6347

Dated: 12/01/2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via the e-filing system on the following counsel of record for respondents:

>Mr. Terry Henry
>U.S. DEPARTMENT OF JUSTICE
>20 Massachusetts Avenue, NW
>Washington, DC 20529-0001
>
>Mr. Andrew Warden
>20 Massachusetts Avenue, NW
>Washington, DC 20529-0001

>/s/Richard J. Coughlin, Esq.
>Federal Public Defender
>
>Chester M. Keller, Esq.
>
>Candace Hom, Esq.
>
>972 Broad Street
>Newark, New Jersey 07102
>(973) 645-6347

Dated: December 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON,

   PETITIONER

   v.                                          No. 05-cv-1493

GEORGE W. BUSH,

   PRESIDENT OF THE UNITED
   STATES, ET AL.,

MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq., and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically

authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493.

2.  I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3.  I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, and I agree to comply with the provisions thereof.


  s/Richard J. Coughlin                    12/1/05
                                           Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated:   12/1/05                    By:   Richard J. Coughlin


                                    Signed:   s/Richard J. Coughlin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMON, | : |
| PETITIONER | : |
| v. | : No. 05-cv-1493 |
| GEORGE W. BUSH, | : |
| PRESIDENT OF THE UNITED STATES, ET AL., | : |

MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq., and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1. I agree that I shall never divulge, publish, or reveal either by word,

    conduct

or any other means, such classified documents and information unless specifically

authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493.

2.  I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3.  I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, and I agree to comply with the provisions thereof.


___s/Chester M. Keller_____          ___12/1/05_____
                                          Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated:   12/1/05                                By:   Chester M. Keller

                                                Signed:   s/Chester M. Keller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON,                         :
                                       :
    PETITIONER                         :
                                       :
        v.                             :   No. 05-cv-1493
                                       :
GEORGE W. BUSH,                        :
                                       :
    PRESIDENT OF THE UNITED            :
    STATES, ET AL.,                    :

MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq., and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1.  I agree that I shall never divulge, publish, or reveal either by word, conduct
or any other means, such classified documents and information unless specifically

authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493.

    2.    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

    3.    I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, and I agree to comply with the provisions thereof.


    s/Candace Hom                            12/1/05
                                                                                 Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mohammed Amon v. George W. Bush, et al.,* No. 05-cv-1493, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated:   12/1/05                             By:     Candace Hom

                                             Signed:  s/Candace Hom