# EXHIBIT F

HABEAS, PROSE-PR, STAY, TYPE-G

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01493-RBW

AMON v. BUSH et al
Assigned to: Judge Reggie B. Walton
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/28/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**MOHAMMED AMON**    represented by    **Candace M. Hom**
DISTRICT OF NEW JERSEY
FEDERAL PUBLIC DEFENDER'S OFFICE
972 Broad Street
Fourth Floor
Newark, NJ 07102
US
(973) 645-6347
Fax: (973) 297-4807
Email: candace_hom@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chester M. Keller**
FEDERAL PUBLIC DEFENDER'S OFFICE
972 Broad Street
Newark, NJ 07102
US
(973) 645-6347
Fax: (973) 645-3101
Email: chester_keller@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Coughlin**
DISTRICT OF NEW JERSEY
FEDERAL PUBLIC DEFENDER OFFICE
800-840 Cooper Street
Camden, NJ 08102
US
(856) 757-5341
Fax: (856) 757-5273

Email: richard_coughlin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**
**GEORGE W. BUSH**
*President of the United States*

represented by **Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
(202) 514-4107
Fax: (202) 616-8470
Email: terry.henry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7226
Washington, DC 20530
(202) 514-3338
Fax: (202) 616-8202
Email: preeya.noronha@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**
**DONALD RUMSFELD**
*Secretary, United States Department of Defense*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**
**JAY HOOD**
*Army Brigadier General, Commander, Joint Task Froce-GTMO*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

District of Columbia live database - Docket Report
Case 1:05-cv-01493-RBW   Document 17-8   Filed 03/21/2006   Page 4 of 5
Page 3 of 4

**MICHAEL I. BUMGARNER**
*Army Colonel, Commander, Jonit Detention Operations Group-JTF-GTMO*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2005 | 1 | PETITION for Writ of Habeas Corpus filed by MOHAMMED AMON; "Leave to file without Prepayment of Cost GRANTED" Judge Richard Roberts(td, ) Modified on 8/2/2005 (td, ). (Entered: 08/02/2005) |
| 08/10/2005 | 2 | MOTION to Stay *Proceedings Pending Related Appeals and for Coordination* by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER. (Noronha, Preeya) (Entered: 08/10/2005) |
| 09/15/2005 | 3 | ORDER granting 2 Motion to Stay. Signed by Reggie B. Walton on September 14, 2005. (lcrbw3, ) (Entered: 09/15/2005) |
| 10/14/2005 | 4 | ORDER appointing Federal Defender Offices to represent the petitioners in the respective cases; directing appointed counsel to file a notice of appearance and to obtain a CM/ECF Password for filing and receiving documents. (Attachments: # 1 Exhibit Attorney Schedule) Signed by Chief Judge Thomas F. Hogan on 10/05/05. (jeb, ) (Entered: 10/14/2005) |
| 11/01/2005 | 5 | NOTICE of Appearance by Richard J. Coughlin on behalf of MOHAMMED AMON (Coughlin, Richard) (Entered: 11/01/2005) |
| 11/01/2005 | 6 | ENTERED IN ERROR. . . .NOTICE of Appearance by Richard J. Coughlin on behalf of MOHAMMED AMON (Coughlin, Richard) Modified on 11/30/2005 (td, ). (Entered: 11/01/2005) |
| 11/01/2005 |  | NOTICE OF CORRECTED DOCKET ENTRY: re 6 Notice of Appearance was entered in error. Document inadvertently filed twice. (td, ) (Entered: 11/30/2005) |
| 11/02/2005 | 7 | ORDER referring all motions pertaining to interpretation or construction of any protective order which has been entered in any of these cases to Magistrate Judge Alan Kay; referring to Magistrate Judge Kay all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel. Signed by Judge Gladys Kessler, Chair of Calendar and Case Management Committee, on 11/2/05. (Entered: 11/02/2005) |
| 11/07/2005 | 8 | MOTION for Order *Requiring Respondents to Provide Counsel for Petitioner and the Court with 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo* by MOHAMMED AMON. (Attachments: # 1 # 2)(Coughlin, Richard) (Entered: 11/07/2005) |

| 11/14/2005 | 9 | Memorandum in opposition to motion re 8 *preliminary injunction requiring advance notice of transfer or repatriation* filed by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER. (Attachments: # 1 Exhibit Waxman Declaration# 2 Exhibit Prosper Declaration)(Katerberg, Robert) (Entered: 11/14/2005) |
|---|---|---|
| 11/23/2005 | 10 | NOTICE of Appearance by Terry Marcus Henry on behalf of GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER (Henry, Terry) (Entered: 11/23/2005) |
| 12/01/2005 | 11 | NOTICE *of Filing Memoranda of Understanding and Acknowledgment to the Amended Protective Order* by MOHAMMED AMON (Attachments: # 1 Memoranda of Understanding and Acknowledgment)(Hom, Candace) (Entered: 12/01/2005) |
| 12/05/2005 | 12 | AMENDED PETITION for Writ of Habeas Corpus filed by MOHAMMED AMON.(nmw, ) (Entered: 12/07/2005) |
| 01/04/2006 | 13 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by respondents GEORGE WALKER BUSH, and DONALD RUMSFELD, et al. (Attachments: # 1 Exhibit)(jeb, ) (Entered: 01/04/2006) |
| 01/04/2006 | 14 | ORDER TO SHOW CAUSE. The petitioner shall show cause by January 12, 2006, why this action should not be dismissed for lack of jurisdiction. The respondents shall file any response thereto by January 19, 2006, and the petitioner shall file a reply, if any, by January 24, 2006. Signed by Judge Reggie B. Walton on January 4, 2006.(lcrbw3, ) (Entered: 01/04/2006) |
| 01/06/2006 | 15 | MOTION for Factual Returns by MOHAMMED AMON. (Hom, Candace) (Entered: 01/06/2006) |
| 01/06/2006 |  | MINUTE ORDER vacating the January 4, 2006, Order to Show Cause. Signed by Judge Reggie B. Walton on January 6, 2006. (lcrbw3, ) (Entered: 01/06/2006) |
| 01/11/2006 | 16 | ORDER denying without prejudice all pending motions until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases; staying the action pending the jurisdictional ruling of the District of Columbia Circuit, signed by Judge Reggie B.Walton on 1/11/06. (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/20/2006 15:12:54 | | | |
| PACER Login: | fp0023 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01493-RBW |
| Billable Pages: | 2 | Cost: | 0.16 |