# EXHIBIT G

HABEAS, PROSE-PR, STAYED, TYPE-G

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01234-EGS

AHMED v. BUSH et al  
Assigned to: Judge Emmet G. Sullivan  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 06/22/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**LABED AHMED**       represented by  **Candace M. Hom**  
DISTRICT OF NEW JERSEY  
FEDERAL PUBLIC DEFENDER'S OFFICE  
972 Broad Street  
Fourth Floor  
Newark, NJ 07102  
US  
(973) 645-6347  
Fax: (973) 297-4807  
Email: candace_hom@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Chester M. Keller**  
FEDERAL PUBLIC DEFENDER'S OFFICE  
972 Broad Street  
Newark, NJ 07102  
US  
(973) 645-6347  
Fax: (973) 645-3101  
Email: chester_keller@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard J. Coughlin**  
DISTRICT OF NEW JERSEY  
FEDERAL PUBLIC DEFENDER OFFICE  
800-840 Cooper Street  
Camden, NJ 08102  
US  
(856) 757-5341  
Fax: (856) 757-5273

|  |  |
|---|---|
|  | Email: richard_coughlin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| **GEORGE W. BUSH**<br>*President of the United States* | represented by | **Terry Marcus Henry**<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. Box 883<br>20 Massachusetts Avenue, NW<br>Suite 7144<br>Washington, DC 20044<br>(202) 514-4107<br>Fax: (202) 616-8470<br>Email: terry.henry@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Preeya M. Noronha**<br>U.S. DEPARTMENT OF JUSTICE<br>20 Massachusetts Avenue, NW<br>Room 7226<br>Washington, DC 20530<br>(202) 514-3338<br>Fax: (202) 616-8202<br>Email: preeya.noronha@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **DONALD RUMSFELD**<br>*Secretary, United States Department of Defense* | represented by | **Terry Marcus Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Preeya M. Noronha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| **JAY HOOD**<br>*Army Brigadier General, Commander, Joint Task Force-GTMO* | represented by | **Terry Marcus Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Preeya M. Noronha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

**MICHAEL I. BUMGARNER**
*Army Colonel, Commander, Joint Detention Operations Group, JTF-GTMO*

represented by **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Preeya M. Noronha**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2005 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 0.00.) filed by LABED AHMED.(lc, ) (Entered: 06/23/2005) |
| 06/22/2005 | | Fiat ORDER granting leave to file without prepayment of cost. Signed by Judge Ricardo M. Urbina on 6/22/2005. (lc, ) (Entered: 06/23/2005) |
| 07/18/2005 | 2 | MOTION to Stay *Proceedings Pending Related Appeals and for Coordination* by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER. (Noronha, Preeya) (Entered: 07/18/2005) |
| 10/14/2005 | 3 | ORDER appointing Federal Defender Offices to represent the petitioners in the respective cases; directing appointed counsel to file a notice of appearance and to obtain a CM/ECF Password for filing and receiving documents. (Attachments: # 1 Exhibit Attorney Schedule) Signed by Chief Judge Thomas F. Hogan on 10/05/05. (jeb, ) (Entered: 10/14/2005) |
| 11/01/2005 | 4 | NOTICE of Appearance by Richard J. Coughlin on behalf of LABED AHMED (Coughlin, Richard) (Entered: 11/01/2005) |
| 11/02/2005 | 5 | ORDER referring all motions pertaining to interpretation or construction of any protective order which has been entered in any of these cases to Magistrate Judge Alan Kay; referring to Magistrate Judge Kay all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel. Signed by Judge Gladys Kessler, Chair of Calendar and Case Management Committee, on 11/2/05. (Entered: 11/02/2005) |
| 11/07/2005 | 6 | MOTION for Order *Requiring Respondents to Provide Counsel for Petitioner and the Court with 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo* by LABED AHMED. (Attachments: # 1 # 2)(Coughlin, Richard) (Entered: 11/07/2005) |
| 11/14/2005 | 7 | Memorandum in opposition to motion re 6 *preliminary injunction requiring advance notice of transfer or repatriation* filed by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER. (Attachments: # 1 Exhibit Waxman Declaration# 2 Exhibit Prosper Declaration)(Katerberg, Robert) (Entered: 11/14/2005) |
| 11/23/2005 | 8 | NOTICE of Appearance by Terry Marcus Henry on behalf of GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. |

| | | |
|---|---|---|
| | | BUMGARNER (Henry, Terry) (Entered: 11/23/2005) |
| 12/01/2005 | 9 | NOTICE *of Filing Memoranda of Understanding and Acknowledgment to the Amended Protective Order* by LABED AHMED (Attachments: # 1 Memoranda of Understanding and Acknowledgment)(Hom, Candace) (Entered: 12/01/2005) |
| 12/05/2005 | 10 | AMENDED PETITION for Writ of Habeas Corpus filed by LABED AHMED.(nmw, ) (Entered: 12/07/2005) |
| 01/04/2006 | 11 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by respondents GEORGE WALKER BUSH, and DONALD RUMSFELD, et al. (Attachments: # 1 Exhibit)(jeb, ) (Entered: 01/04/2006) |
| 01/06/2006 | 12 | MOTION for Factual Returns by LABED AHMED. (Hom, Candace) (Entered: 01/06/2006) |
| 01/20/2006 | 13 | Memorandum in opposition to re 12 *Petitioner's Motion for Factual Return* filed by GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MICHAEL I. BUMGARNER. (Perez, Marc) (Entered: 01/20/2006) |
| 03/17/2006 | | MINUTE ORDER. This case is, *sua sponte*, STAYED pending the final resolution of *Al Odah, Khaled A.F. v. USA*, Civil No. 05-5064, in the United States Court of Appeals for the District of Columbia Circuit. The Clerk of the Court is directed to remove the case from the active calendar of the Court. The removal of this case from the Court's active calendar should not discourage the filing of appropriate pleadings. The parties are directed to keep this Court apprised of any developments in *Al Odah, Khaled A.F. v. USA*.Signed by Judge Emmet G. Sullivan on March 17, 2006. (lcegs2) (Entered: 03/17/2006) |
| 03/20/2006 | 14 | MOTION to Expedite *Entry of Protective Order* by LABED AHMED. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Hom, Candace) (Entered: 03/20/2006) |
| 03/21/2006 | | MINUTE ORDER granting 14 Motion for Expedited Entry of Protective Order. It is hereby ORDERED that (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) the Order Addressing Designation Procedures for "Protected Information" issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order issued on December 13, 2004 in the *In re Guantanamo Bay Detainee Cases* shall apply in this case. Signed by Judge Emmet G. Sullivan on March 21, 2006. (lcegs2) (Entered: 03/21/2006) |

**PACER Service Center**

| Transaction Receipt                                              ||||
|---------------------|---------------|-----------------|-----------|
| 03/21/2006 12:08:37                                              ||||
| **PACER Login:**    | fp0023        | **Client Code:**    |           |
| **Description:**    | Docket Report | **Search Criteria:**| 1:05-cv-01234-EGS |
| **Billable Pages:** | 3             | **Cost:**           | 0.24      |