IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON,                          :
                                        :
        PETITIONER,                     :
                                        :
            v.                          :        Civil Action No. 05-1493
                                        :
GEORGE W. BUSH,                         :
                                        :
        PRESIDENT OF THE UNITED         :
        STATES, ET AL.,                 :


**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RENEWED MOTION
FOR ENTRY OF THE PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioner, by

and through undersigned counsel, shall move for an order for the entry of the Amended Protective

Orders as set forth in the accompanying Memorandum in Support of Petitioner's Motion.


                        Respectfully submitted,


                         /s/Richard J. Coughlin
                        Richard J. Coughlin
                        Federal Public Defender
                        Chester M. Keller
                        First Assistant Federal Public Defender
                        Candace M. Hom
                        Research & Writing Attorney
                        Office of the Federal Public Defender
                                for the District of New Jersey
                        972 Broad Street, Fourth Floor
                        Newark, New Jersey 07102
                        (973) 645-6347
                        *Counsel for Petitioner*