IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AMON, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 05-cv-1493 |
| | : | (Habeas Corpus) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. BUSH, *et al.,* | : | **[PROPOSED] ORDER** |
| | : | |
| Respondents. | : | |

THIS MATTER having come before the Court by Petitioner's Renewed Motion for Entry of the Protective Order, and the Court having considered the submissions in support of such motion,

IT IS HEREBY ORDERED, on this _____ day of _____, 2006, that the following orders in <u>In re Guantánamo Bay Detainee Cases</u> shall be fully applicable in this case and entered herein: (1) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); (2) Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and (3) Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004.

_____
Reggie B. Walton
United States District Judge