IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AMON, | : | |
| | : | |
| PETITIONER, | : | |
| | : | |
| v. | : | Civil Action No. 05-1493 (RBW) |
| | : | |
| GEORGE W. BUSH, | : | |
| | : | |
| PRESIDENT OF THE UNITED STATES, ET AL., | : | |
| | : | |

**MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO RESPONDENTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND RESPONDENTS' NOTICE OF STEPS BEING TAKEN IN THE WAKE OF THE SUPREME COURT'S *HAMDAN* DECISION**

For the reasons set forth below, Petitioner Mohammed Amon, by and through his counsel, hereby requests an extension of time until September 8, 2006, to file an opposition and/or response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Respondents' Notice of Steps Being Taken in the Wake of the Supreme Court's Hamdan Decision.

At the end of the day on Friday, July 7, 2006, Respondents filed a motion requesting procedures regarding the review of privileged attorney-client communications that the government had seized as part of an investigation relating to apparent suicides that occurred at Gauntánamo Bay on or about June 10, 2006. Respondents sought expedited consideration of their motion, proposing that opposition briefs be filed by July 17. Opposition briefs would otherwise be due on July 21.

Respondents' brief provides no specific, individualized information regarding Mr. Amon

or any specific need to invade his privileged relationship with his attorneys. Respondents' brief also fails to contain any information suggesting that Mr. Amon was connected in any way with the events at issue. Furthermore, although Respondents are in constant contact with Mr. Amon at the base in Gauntánamo, Mr. Amon has not had any substantive contact with the undersigned lawyers either before or after the events in question arose, particularly given that the Amended Protective Order governing attorney-client communication was recently entered in this case on June 12, 2006.

     Accordingly, considering the foregoing, counsel cannot appropriately respond to Respondents' motion without first discussing with Mr. Amon the serious factual allegations and legal issues raised by Respondents in their motion. Counsel anticipate visiting Mr. Amon at Gauntánamo from August 28 to September 1. Accordingly, counsel respectfully requests an extension of time until the following Friday, September 8, to file a response to Respondents' motion. As Respondents waited almost one month following the detainee deaths before filing the instant motion, Respondents should suffer no hardship in allowing Petitioner additional time to discuss an appropriate response with his counsel. An extension of time is, moreover, appropriate in light of the fact that further proceedings with respect to this motion may be moot due to the settlement conference scheduled for July 19, which will deal with the issues raised in Respondents' motion.

**Conclusion**

WHEREFORE because an extension of time will allow counsel to discuss with Mr. Amon the serious legal issues raised by Respondents' motion during counsel's anticipated August 28-September 1 visit to Guantánamo, and will allow counsel to appropriately respond to such motion, Mr. Amon respectfully asks this Court to grant this Motion for Extension of Time until September 8, 2006, to file an opposition and/or response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Respondents' Notice of Steps Being Taken in the Wake of the Supreme Court's <u>Hamdan</u> Decision.

                                      Respectfully submitted,

                                      /s/Richard J. Coughlin

Dated: Newark, New Jersey     Richard J. Coughlin
         July 19, 2006                Federal Public Defender
                                      Chester M. Keller
                                      First Assistant Federal Public Defender
                                      Candace M. Hom
                                      Research & Writing Attorney
                                      Office of the Federal Public Defender
                                           for the District of New Jersey
                                      972 Broad Street, Fourth Floor
                                      Newark, New Jersey 07102
                                      (973) 645-6347
                                      *Counsel for Petitioner*