IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AMON, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 05-cv-1493 (RBW) |
| | : | (Habeas Corpus) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. BUSH, *et al.,* | : | **[PROPOSED] ORDER** |
| | : | |
| Respondents. | : | |

THIS MATTER having come before the Court upon Petitioner's Motion for Extension of Time for Filing Response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Respondents' Notice of Steps Being Taken in the Wake of the Supreme Court's Hamdan Decision, and the Court having considered the submission in support of such motion,

IT IS HEREBY ORDERED, on this _____ day of _____, 2006, that the Motion for Extension of Time is GRANTED, and petitioner may file an opposition and/or response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Respondents' Notice of Steps Being Taken in the Wake of the Supreme Court's Hamdan Decision on or before September 8, 2006.

_____
REGGIE B. WALTON
United States District Judge