**CERTIFICATE OF SERVICE**

I, Richard J. Coughlin, certify that I today caused a true and accurate copy of the foregoing to be served via the e-filing system on the following counsel of record for respondents:

>Mr. Terry Henry, Esq., Senior Trial Attorney
>Mr. Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW, Room 7144
>Washington, D.C.  20529-0001


>/s/Richard J. Coughlin
>Richard J. Coughlin
>Federal Public Defender

Dated: July 19, 2006