IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Almurbati v. Bush | ) | Case No. 04-CV-1227 (RBW) |
| Al Jayfi v. Bush | ) | Case No. 05-CV-2104 (RBW) |
| Karim v. Bush | ) | Case No. 05-CV-00883 (RBW) |
| Saeed and Al-Adahg v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Mohammon v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Jamolivich v. Bush | ) | Case No. 05-CV-2112 (RBW) |
| Haleem v. Bush | ) | Case No. 05-CV-2376 (RBW) |
| Al Barkati v. Bush | ) | Case No. 05-CV-2386 (RBW) |
| Amon v. Bush | ) | Case No. 05-CV-1493 (RBW) |
| Battayav v. Bush | ) | Case No. 05-CV-00714 (RBW) |

**NOTICE OF ORDER DIRECTING SUPPLEMENTAL BRIEFING
TO COURT OF APPEALS ON SIGNIFICANCE OF
<u>MILITARY COMMISSIONS ACT OF 2006</u>**

Petitioners hereby give notice that on October 18, 2006, the United States Court of Appeals for the District of Columbia Circuit issued Orders in *Boumediene v. Bush*, No. 05-5062 (D.C. Cir.) and *Al Odah v. United States.*, No. 05-5064 (D.C. Cir.) granting habeas petitioners' motion for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006. The Court set the following briefing schedule: Supplemental Briefs for Habeas Petitioners/Appellants: November 1, 2006; Supplemental Briefs for Respondents/Appellees: November 13, 2006; and Supplemental Reply Brief

for Habeas Petitioners/Appellants: November 20, 2006. A true copy of the Order is attached hereto.

Dated: October 20, 2006

Respectfully submitted,

\s\
Wesley R. Powell, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000

Counsel for *Al Jayfi* Petitioners

\s\
Seth B. Waxman, Esq.
Mark S. Sullivan, Esq.
Christopher G. Karagheuzoff, Esq.
Joshua Colangelo-Bryan, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
Telephone: 212-415-9200

Counsel for *Almurbati* Petitioners

\s\
Paul M. Rashkind, Esq.
Timothy Cone, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER, SD FL
150 West Flagler Street, #1500
Miami, FL 33130-1555
Telephone: (305) 536-6900

Counsel for *Karim* Petitioners

\s\
Noah H. Rashkind, Esq.
211 Bryant Space Science Center
P.O. Box 112055
Gainesville, FL  32611-2055
Telephone: (727) 692-6002

Counsel for *Saeed and*
   *Al-Aldahg*  Petitioners


\s\
H. Candace Gorman, Esq.
542 S. Dearborn, #1060
Chicago, IL  60605
Telephone: (312) 427-2313

Counsel for *Mohammon* Petitioners

\s\
Michael E. Mone, Jr., Esq.
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
Telephone: (617) 482-0333

Counsel for *Jamolivich* Petitioners

\s\
Richard L. Cys, Esq.
DAVIS WRIGHT TREMAINE LLP
1500 K Street NW, Suite 450
Washington, DC  20005-1272
Telephone: (202) 508-6617

James P. Walsh, Esq.
One Embarcadero Center, Suite 600
San Francisco, CA  94111-3611
Telephone: (415) 276-6556

Counsel for *Halem* Petitioners

\s\
Frank C. Razzano, Esq.
David L. Engelhardt, Esq.
Reginald B. McKnight, Esq.
John C. Snodgrass, Esq.
Johnisha Matthews, Esq.
Lisa M. Kaas, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone: (202) 420-2200

Counsel for *Al Barkati* Petitioners

\s\
Richard, Coughlin, Esq.
Chester M. Keller, Esq.
Candace Hom, Esq.
FEDERAL PUBLIC DEFENDER'S OFFICE
972 Broad Street, Fourth Floor
Newark, NJ  07102
Telephone: (973) 645-6347

Counsel for *Amon* Petitioners

\s\
Paul T. Fortino, Esq.
Thomas R. Johnson, Esq.
Cody M. Weston, Esq.
PERKINS COIE
1120 N.W. Couch Street, 10th Flr.
Portland, OR  97209-4128
Telephone: (503) 727-2000

Counsel for *Battayav* Petitioners

4

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5064**                         **September Term, 2006**

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

Filed On:

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
    Appellants

v.

United States of America, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED OCT 18 2006
CLERK

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

**BEFORE:** Sentelle, Randolph, and Rogers, Circuit Judges

### ORDER

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

**ORDERED** that the motion be granted. The following briefing format and schedule will apply:

| | |
|---|---|
| Supplemental Brief for Habeas Petitioners/Appellants (not to exceed 10,000 words) | November 1, 2006 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5064**                                    **September Term, 2006**

| | |
|---|---|
| Supplemental Brief for Appellees (not to exceed 10,000 words) | November 13, 2006 |
| Supplemental Reply Brief for Habeas Petitioners/Appellants (not to exceed 5,000 words) | November 20, 2006 |

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: *(signature)*
Linda Jones
Deputy Clerk