IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON,

    PETITIONER,

v.

GEORGE W. BUSH,

    PRESIDENT OF THE UNITED STATES, ET AL.

Civil Action No. 05-1493

## NOTICE OF FILING

Petitioner Mohammed Amon hereby submits a Notice of Filing of his Response to Order to Show Cause, which is filed under seal with the Court through the Court Security Officer for determination by the appropriate agency as to whether the documents contain classified or protected information, pursuant to Judge Green's Order. The document was delivered via U.S. mail on today's date, November 8, 2006.

Dated:     November 8, 2006

                                          Respectfully submitted,

                                        RICHARD J. COUGHLIN
                                        FEDERAL PUBLIC DEFENDER

By:     /s/Richard J. Coughlin
        Richard J. Coughlin
        Chester M. Keller
        Candace M. Hom
        Federal Public Defender's Office
        District of New Jersey
        972 Broad Street, Fourth Floor
        Newark, New Jersey  07102
        (973) 645-6347
        *Counsel for Petitioner*