Previously filed with CSO and Cleared for public filing

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMON, | : |
| PETITIONER, | : Civil Action No. 05-1493 |
| v. | : |
| GEORGE W. BUSH, | : |
| PRESIDENT OF THE UNITED STATES, ET AL. | : |

**RESPONSE TO ORDER TO SHOW CAUSE**

On October 26, 2006, the Court issued an Order to show cause why the petition of Mohammed Amon should not be dismissed as moot in light of Mr. Amon's transfer from Guantanamo Bay to the control of the government of Afghanistan. Because the United States Court of Appeals for the District of Columbia has this issue before it in another case, petitioner Amon requests that the Court defer briefing and any decision with respect to mootness. Moreover, in light of the fact that undersigned counsel is currently undertaking to contact Mr. Amon in order to ascertain whether he wishes to pursue this petition, it is respectfully requested that briefing be deferred for another 60 days.

Cases of petitioners in Almurbati v. Bush et al., in addition to others, have been pending before the Court of Appeals since early 2005. See Almurbati v. Bush et al., Civil No. 04-1227 (RBW), docket no. 167. In those cases, the issue of mootness has been briefed and awaits a

Previously filed with CSO and Cleared for public filing ruling from the D.C. Circuit. Specifically, on September 21, 2006, in the context of the <u>Almurbati</u> case, respondents served a Notice of Transfer and Motion to Dismiss Cases as Moot as to Certain Petitioners. In that Motion to Dismiss, respondents requested that the cases of three petitioners be dismissed as moot because the petitioners had been transferred to Bahrain. On October 13, 2006, petitioners in that case filed substantive opposition papers, explaining that their petitions were not moot in light of the fact that they will suffer significant collateral consequences due to their designations as "enemy combatants." On October 19, 2006, respondents filed reply papers. The Court of Appeals has not yet issued a decision on respondents' Motion to Dismiss in that case.

In addition, undersigned counsel is attempting to contact Mr. Amon directly in Afghanistan in order to ascertain whether he wishes to pursue his habeas petition. Because efforts are under way to contact him in person, it is respectfully submitted that briefing on this issue and any ruling from this Court be deferred for 60 days.

In sum, the issue of whether petitioner's habeas petition should be properly dismissed as moot due to a transfer from Guantanamo Bay has been fully briefed before the Court of Appeals and the parties in that case currently await ruling, and, furthermore, undersigned counsel are undertaking efforts to directly contact Mr. Amon regarding his habeas petition. For these reasons, and in the interest of judicial economy, petitioner Mohammed Amon requests that the Court defer briefing and any decision with respect to mootness until the Court of Appeals issues an opinion on this question, or until it can be definitively ascertained whether Mr. Amon wishes to proceed with his habeas petition.

Previously filed with CSO and Cleared for public filing

Dated:       November 8, 2006

        Respectfully submitted,

        s/ RICHARD J. COUGHLIN
        FEDERAL PUBLIC DEFENDER

By:   Richard J. Coughlin
     Chester M. Keller
     Candace M. Hom
     Federal Public Defender's Office
     District of New Jersey
     972 Broad Street, Fourth Floor
     Newark, New Jersey  07102
     (973) 645-6347
     *Counsel for Petitioner*