IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AMON,

Petitioner,

v.

GEORGE WALKER BUSH,

*et al.*,

Respondents.

Civil Action No. 05-CV-1493 (RBW)

**JOINT STATUS REPORT IN RESPONSE TO COURT'S JUNE 20, 2008 ORDER**

Pursuant to the Court's June 20, 2008 Order (dkt. no. 36), undersigned counsel for petitioner and respondents jointly state as follows:

1) Petitioner Mohammed Amon (Internment Serial Number 1074) is the sole detainee-petitioner in this habeas corpus case. No duplicate habeas petitions have been filed on behalf of petitioner Amon.

2) Petitioner Amon is no longer detained at Guantanamo Bay. In October 2006, the United States relinquished custody of petitioner Amon and transferred him to the control of the Government of Afghanistan.

3) Upon arrival in Afghanistan, Mr. Amon was released from custody.

4) Counsel for Mr. Amon represents that following Mr. Amon's release, Mr. Amon contacted counsel and requested that his habeas petition not be abandoned or withdrawn to avoid collateral consequences accruing from what he asserts was an

unfounded enemy combatant designation. Respondents reserve all rights and arguments to challenge further litigation of this case, including on the grounds that this case is moot in light of petitioner's release from custody.

Dated: June 27, 2008

Respectfully Submitted,

By: _____/S/_______________
Richard Coughlin
Federal Public Defender
District of New Jersey
972 Broad Street, Fourth Floor
Newark, NJ 07102
Tel: (973) 645-6347

Attorney for Petitioner

_____________/S/___________________
Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 7332
Washington, D.C. 20530
Tel: (202) 616-5084

Attorney for Respondents