# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHAMMED AMON,** | ) | **Misc. No. 08-0444 (TFH)** |
|  | ) |  |
| *Petitioner*, | ) | **Civil Action No. 05-1493 (RBW)** |
|  | ) |  |
|  | ) | **NOTICE OF FILING RE** |
| vs. | ) | **PETITIONER'S STATUS REPORT** |
|  | ) | **RE: JULY 3, 2008 ORDER** |
| **GEORGE W. BUSH,** et al., | ) |  |
|  | ) |  |
| *Respondents.* | ) |  |
|  | ) |  |

The petitioner Mohammed Amon, through undersigned counsel, hereby gives notice that on July 11, 2008, he submitted for review to Court Security Officer Charline DaSilva a Status Report Re: July 3, 2008 Order. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 14, 2008.

  /s/ Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel: 973-645-6347
Fax: 973-645-4807

Attorneys for Petitioner